NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALVIN L. HIGHTOWER,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7025

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-1862, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

ERIC P. BRUSKIN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and SCOTT D. AUSTIN, Assistant Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy

Assistant General Counsel, and LARA K. EILHARDT, Attorney, United States Department of Veterans Affairs, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (RADER, *Chief Judge,* NEWMAN, and DYK, *Circuit Judges*).


**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| December 6, 2013 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |